Michael DAVIS–BEY, Appellant,

v.

MISSOURI BOARD OF PROBATION
AND PAROLE, et al.,
Respondent.

No. WD 52285.

Missouri Court of Appeals,
Western District.

Aug. 13, 1996.

Michael Davis–Bey, pro se, Jefferson City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John W. Simon, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and FENNER and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Michael Davis–Bey appeals the dismissal of his petition for declaratory judgment seeking review of the Missouri Board of Probation and Parole's (Board's) decision scheduling him for parole release on August 27, 1997. He claims that the Board incorrectly applied its guidelines and section 558.019, RSMo 1994, in calculating the release date. The judgment of the trial court is affirmed. Rule 84.16(b).

ULRICH, C.J., P.J., and
BRECKENRIDGE, J., concur.

FENNER, J., not participating because no longer a member of the court.

■

STATE of Missouri, Respondent,

v.

Bernard HARRIS, Appellant.

No. WD 50124.

Missouri Court of Appeals,
Western District.

Aug. 13, 1996.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

Bernard Harris appeals his convictions, following a jury trial, of five counts of robbery in the first degree, § 569.020, RSMo 1994, and five counts of armed criminal action, § 571.015, RSMo 1994; and concurrent sentences of 11, 14, 16, 18 and 20 years imprisonment for the robbery convictions, and five concurrent five-year sentences for the armed criminal action convictions. He also appeals the denial of his Rule 29.15 motion for postconviction relief.

The judgment of conviction and the order denying the Rule 29.15 motion are affirmed. Rules 30.25(b) and 84.16(b).